# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WAKEEM FORD-BEY, ADMINISTRATOR OF THE ESTATE OF WANETTA FORD-BEY

          v.

PROFESSIONAL ANESTHESIA SERVICES, JOEL D. SOKOLOFF, M.D., THOMAS MADDALONI, CRNA, SCOTT WILSON, CRNA, AND PHYSICIAN'S CARE SURGICAL HOSPITAL, LP


PETITION OF: PHYSICIAN'S CARE SURGICAL HOSPITAL, LP

:  No. 661 MAL 2023

:  Petition for Allowance of Appeal
:  from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.